IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVEN LAMONT MARKOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-540-SMD |
| ) | |
| TUSKEGEE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 27, 2024, and October 16, 2024, the Clerk of the Court provided the parties with a Notice of Assignment to Magistrate Judge. Notices (Docs. 3, 9). On November 1, 2024, the United States District Court for the Middle District of Alabama revised its policies concerning the procedures for consenting to the exercise of jurisdiction of the magistrate judge or requesting reassignment to a district judge. **To ensure the parties are apprised of the new policies and procedures, the Clerk of the Court is DIRECTED to provide both parties with the recently revised Notice of Assignment to Magistrate Judge.**

The parties, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. To ensure that the parties' choice is freely made with the benefit of all relevant information, the undersigned wishes to fully apprise the parties of the procedures that will be implemented to facilitate whichever option they may choose.

If all parties consent to the exercise of jurisdiction by the magistrate judge, trial in this matter will likely be set before the magistrate judge during a regularly scheduled civil trial term within 13 to 15 months of the date of the entry of the scheduling order, with the pretrial conference set approximately 120 days after the dispositive motion deadline.

If one or more parties opts to request reassignment, this case will be reassigned to a United States District Judge, who <u>may refer</u> the case back to the magistrate judge pursuant to 28 U.S.C. § 636 for consideration and disposition or recommendation on all pretrial matters as may be appropriate. To allow time for the parties to exercise their right to object to the magistrate judge's recommendations on dispositive motions, and to allow time for the assigned United States District Judge to review and rule on the recommendations and any objections from the parties, the pretrial conference will be scheduled 180 days from the dispositive motion deadline, and trial will be scheduled 17 or more months from the date of entry of the scheduling order during one of the presiding United States District Judge's regularly scheduled terms.

DONE this 24th day of January, 2025.

_____
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE