AO 121 (Rev. 06/16)

| To: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED | **Middle District of Alabama** |

| PLAINTIFF | DEFENDANT |
|---|---|
| Steven LaMont Markos | Tuskegee University |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  VA 2-022-996 | Tuskegee-Institute-01 | Markos, Steven LaMont |
| 2  VA 2-022-996 | Tuskegee-Institute-30 | Markos, Steven LaMont |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgement | ☐ Yes   ☐ No | |
| CLERK<br>Trey Granger, Clerk of Court | (BY) DEPUTY CLERK | DATE<br>3/10/2025 |

**DISTRIBUTION**  1) Upon initiation of action, mail copy to Register of Copyright.  2) Up... to Re... g copyright(s), mail copy  3) Upon termination of action, mail copy to Register of Copyrights.
4) In the event of an appeal, forward copy to Appellate C... : File Copy.