UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY

CASE NO.: 3:24-cv-00540-SMD

STEVEN LAMONT MARKOS,

      Plaintiff,

v.

TUSKEGEE UNIVERSITY,

      Defendant.

**NOTICE OF SETTLEMENT**

Plaintiff STEVEN LAMONT MARKOS by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until June 29, 2025 in which to file a Notice of Dismissal.

Dated: May 30, 2025            Respectfully submitted,

                                   */s/ Mark S. Boardman*
                                   MARK S. BOARDMAN (ASB-8572-B65M)
                                   **BOARDMAN, CARR, PETELOS, WATKINS & OGLE, P.C.**
                                   400 Boardman Drive
                                   Chelsea, AL  35043
                                   205.980.6000 - Telephone
                                   205.678.0000 – Facsimile
                                   mboardman@boardmancarr.com

                                   *Counsel for Plaintiff Steven LaMont Markos*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on May 30, 2025, a true and correct copy of the foregoing document was sent by the Court's CM/ECF System to all parties listed on the Service List.

>                                       */s/ Mark S. Boardman*
>                                       MARK S. BOARDMAN (ASB-8572-B65M)

## SERVICE LIST

R. Brooke Lawson, III
Patrick L.W. Sefton
Capell & Howard, P.C.
150 South Perry Street
Montgomery, AL 36104
Brooke.lawson@chlaw.com
Pat.sefton@chlaw.com